No. 115. MISSOURI PACIFIC RAILROAD COMPANY *v.* IZARD COUNTY HIGHWAY IMPROVEMENT DISTRICT No. 1. Error to the Supreme Court of the State of Arkansas. Submitted January 26, 1922. Decided February 27, 1922. *Per Curiam.* Dismissed for want of jurisdiction. Section

237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1, 5–6. *Mr. Edward J. White, Mr. Thomas B. Pryor* and *Mr. Samp Jennings* for plaintiff in error. *Mr. Joseph S. Utley* for defendant in error.